UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN CHAWLA,<br><br>Plaintiff,<br><br>v.<br><br>Ur M. Jaddou,<br><br>Defendant. | Case No. 1:26-cv-07144-KES-FJS<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br>TWENTY-ONE DAY DEADLINE |

On August 08, 2026, Plaintiff Arman Chawla ("Plaintiff"), filed this action asserting claims against Ur M. Jaddou (Director of the U.S. Citizenship and Immigration Services). (*See* generally ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Yet Plaintiff's application is insufficient for the court to determine whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff reports that he has not received income in the past twelve months from any of the enumerated sources listed on page one of the application (e.g., business, gifts, etc). (*Id.* at 1.) Plaintiff also marked "No" to the receipt of income from the "[a]ny other sources" category. (*Id.*) Yet in section six of the application, Plaintiff indicates that he has relied on "personal savings and informal help for basic living expenses." (*Id.* at 2.) Accordingly, Plaintiff's receipt of "informal help for basic living expenses" suggests that he, in fact, receives "income" from "other

sources." Based on this apparent discrepancy, the court requires additional information to determine whether Plaintiff is entitled to proceed *in forma pauperis* in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff is instructed not to leave fields empty, but rather to write "zero" or "N/A" as appropriate in any fields that he intends to leave blank. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2 Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated: **September 10, 2026**

UNITED STATES MAGISTRATE JUDGE